# Court of Appeals of the State of Georgia

ATLANTA, February 22, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0935. STEPHEN H. ARGUE v. CITY OF SAVANNAH RECORDER'S COURT.

Stephen H. Argue was found guilty in the City of Savannah Recorder's Court of violating a city ordinance. He appealed to the superior court, which entered an order reversing his conviction, remanding the case to the recorder's court for a new trial, and denying his request for attorney fees. Argue now appeals to this Court, but we lack jurisdiction.

Pretermitting whether the superior court's order is a final order, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Taylor v. City of Atlanta*, 184 Ga. App. 795, 795-796 (363 SE2d 45) (1987). Argue's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Taylor*, 184 Ga. App. at 795-796; compare *Lewis v. City of Savannah*, 336 Ga. App. 126 (784 SE2d 1) (2016) (granted discretionary appeal from superior court order reviewing recorder's court decision).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/22/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*